Case 3:23-cv-00339   Document 11   Filed on 12/11/23 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
December 11, 2023
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

No. 3:23-cv-339

Ryan Albert Murphy, SPN #417040, Plaintiff,

v.

Jared Robinson, *et al.*, Defendants.

## ORDER OF DISMISSAL

Jeffrey Vincent Brown, *United States District Judge*:

Plaintiff Ryan Albert Murphy, representing himself, filed a prisoner's civil-rights complaint under 42 U.S.C. § 1983. On October 25, 2023, the Clerk's Office entered a notice of deficient pleading instructing Murphy to pay the filing fee or file an application for leave to proceed without prepayment of fees accompanied by a certified statement of his inmate trust account within 30 days. Dkt. 8. The notice of deficient pleading was returned as undeliverable, stating that Murphy was longer at the jail. Murphy has not provided the court with a change of address, as required by Rule 83.4 of the Local Rules for the Southern District of Texas. Under that rule, a self-represented litigant is responsible for keeping the Clerk advised in writing of his current address.

Under the inherent powers necessarily vested in a district court to manage

its own affairs, the court determines that dismissal for want of prosecution is appropriate based on Murphy's failure to provide an updated address in compliance with Local Rule 83.4 and his failure to comply with the Clerk's Notice of Deficient Pleadings. *See* Fed. R. Civ. P. 41(b); *Gates v. Strain*, 885 F.3d 874, 883 (5th Cir. 2018) (explaining that a district court may dismiss an action *sua sponte* for failure to prosecute); *Nottingham v. Warden, Bill Clements Unit*, 837 F.3d 438, 440–41 (5th Cir. 2016) (explaining that a district court may dismiss an action *sua sponte* for failure to comply with court orders). Murphy is advised that he may obtain relief from this order if he makes a proper showing under Rule 60(b) of the Federal Rules of Civil Procedure. At a minimum, a proper showing under Rule 60(b) includes payment of the filing fee or submission of an application for leave to proceed without prepayment of fees accompanied by a certified statement of his inmate trust account, and updating his address.

The court **ORDERS** that this case is **DISMISSED without prejudice**. All pending motions, if any, are denied as moot.

The Clerk shall provide a copy of this order to the plaintiff.

Signed on Galveston Island this  11th  day of   December          , 2023.

                                                      JEFFREY VINCENT BROWN
                                                UNITED STATES DISTRICT JUDGE